UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

LEWIS I. HAGAN, et al.,                    :        Civil Case No.: 06-5033 (SRC)
                                           :
                 Plaintiffs,               :
                                           :
        v.                                 :                O R D E R
                                           :
GRACE ROGERS, Administrator,               :
et al.,                                    :
                                           :
                 Defendants.               :

---

For the reasons expressed in the Opinion filed herewith,

IT IS on this __24__ day of _____, 2007;

ORDERED Plaintiffs' motion to proceed as a class action is

denied; and it is further

ORDERED that Plaintiffs' application for the appointment of

counsel is denied, without prejudice, as premature; and it is

further

ORDERED that Plaintiffs James Hemphill, Efraim Esquilin,

Christopher Mark, William Weiss, Christos Papacristos, Louis

George Johnston, Jr., Tymil Mason, Claude Franklin, Peter Braun,

Oliver Mason, Toboris Wright, Ronald Young, and Allan Lovenson

are dismissed from this action; and it is further

2

Dockets.Justia.com

ORDERED that the Clerk of the Court shall open a new case for each of the dismissed Plaintiffs with the Complaint from this case and that particular Plaintiff's Application to Proceed in forma pauperis; and it is further

ORDERED that the Clerk shall assign each of the newly-opened cases to the same judge who is assigned to this case; and it is further

ORDERED that the Clerk shall enter the Opinion and Order in this case on the docket in each of the newly-opened cases; and it is further

ORDERED that, within 30 days after entry of this Order, the remaining Plaintiff in this case, Lewis Hagan, and each of the dismissed Plaintiffs may indicate his intent to proceed with his claims by filing an Amended Complaint asserting his individual claims under his newly-assigned docket number; and it is further

ORDERED that, if Mr. Hagan or any of the dismissed Plaintiffs fails to file such an Amended Complaint, such Plaintiff's Complaint shall be deemed withdrawn, and such Plaintiff's case shall be closed without further notice; and it is finally

ORDERED that, upon receipt of each Plaintiff's Amended Complaint, the Court will review that Plaintiff's in forma pauperis application and screen the Amended Complaint pursuant to

3

28 U.S.C. § 1915, under that Plaintiff's newly-assigned docket number.

                                         STANLEY R. CHESLER
                                         United States District Judge